THOMPSON *v.* WRIGHT, administrator.

PER CURIAM. The transaction between a husband and his wife, whereby she gave her note for the purchase-price of land, was not a sale by the wife of any part of her estate. Such transaction did not require an order of the superior court approving it, and the note is not void. This court adopts the reasoning in the dissenting opinion filed in this case in the Court of Appeals. 51 *Ga. App.* 817, 820 (181 S. E. 875).

*Judgment reversed. All the Justices concur, except Beck, P. J., who dissents.*

No. 11122. APRIL 20, 1936.

*R. Lee Moore* and *H. B. Strange,* for plaintiff.

*Hinton Booth,* for defendant.